UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMAX ENTERPRISES LTD., et al.,

            Plaintiffs,

v.

EDWARD VON ESCHENBACH,
in his official capacity as Commissioner
of the U.S. Food and Drug
Administration, et al.,

            Defendants.

Case No. _____

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.**

I, the undersigned, counsel of record for EMAX Ltd., certify that to the best of my knowledge and belief, no parent companies, subsidiaries or affiliates of EMAX Ltd. have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted:

                                                    EMAX ENTERPRISES INC.,

                                                    By Counsel
                                                    Jonathan W. Emord (DC Bar 407414)
                                                    Andrea G. Ferrenz (DC Bar 460512)

Emord & Associates, P.C.
1800 Alexander Bell Dr.
Suite 200
Reston VA 20191
Phone (202) 466-6937
Fax (202) 466-6938
jemord@emord.com

Date submitted: November 9, 2006