UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMAX ENTERPRISES LTD., et al.,

           **Plaintiffs,**

v.

ANDREW VON ESCHENBACH,
in his official capacity as Commissioner
of the U.S. Food and Drug
Administration, et al.,

           **Defendants.**

Case No. 06-1921 RWR

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs EMAX Enterprises Ltd and Robert Vernon (collectively "EMAX"), by counsel and pursuant to Federal Rule of Civil Procedure 41(a), hereby notify this court and all parties that EMAX is dismissing this action without prejudice. No answer or other pleading has been filed by the Defendants. Pursuant to F.R.Civ.P. 41(a) dismissal is effective upon the filing of this notice. A draft order is attached.

Respectfully submitted:

EMAX ENTERPRISES INC. AND
ROBERT D. VERNON,

_____
By Counsel:
Jonathan W. Emord (DC Bar 407414)
Andrea G. Ferrenz (DC Bar 460512)

Emord & Associates, P.C.
1800 Alexander Bell Dr.
Suite 200
Reston VA 20191
Phone (202) 466-6937
Fax (202) 466-6938
jemord@emord.com

Date submitted : November 30, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMAX ENTERPRISES LTD., et al.,

        Plaintiffs,

v.

ANDREW VON ESCHENBACH,
in his official capacity as Commissioner
of the U.S. Food and Drug
Administration, et al.,

        Defendants.

Case No. 06-1921 RWR

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2006, I caused to be served by U.S. mail First Class Registered, Return Receipt Requested, copies of PLAINTIFFS' VOLUNTARY DISMISSAL and draft order to the following parties:

Andrew Von Eschenbach
Commissioner
U.S. Food & Drug Administration
5600 Fishers Lane,
Rockville, MD 20857-0001

Michael Leavitt
Secretary
U.S. Department of Health and Human Services
200 Independence Ave. S.W.
Washington, D.C. 20201

W. Ralph Basham
Commissioner
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, NW
Washington, D.C. 20229

Michael Chertoff
Secretary
U.S. Department of Homeland Security
Washington, D.C. 20528

Alberto R. Gonzales
U.S. Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Jeffrey A. Taylor
U.S. Attorney for the District of Columbia
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

_____
Jonathan W. Emord

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMAX ENTERPRISES LTD., et al., <br><br> **Plaintiffs,** <br><br> v. <br><br> ANDREW VON ESCHENBACH, in his official capacity as Commissioner of the U.S. Food and Drug Administration, et al., <br><br> **Defendants.** | Case No. 06-1921 RWR |

**ORDER**

Upon consideration of Plaintiffs' Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a) filed prior to Defendants' answer or other responsive pleading, it is hereby ORDERED that this case is DISMISSED without prejudice.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____