UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMAX ENTERPRISES LTD., et al.,

           Plaintiffs,

v.

ANDREW VON ESCHENBACH,
in his official capacity as Commissioner
of the U.S. Food and Drug
Administration, et al.,

           Defendants.

Case No. 06-1921 RWR

## ORDER

Upon consideration of Plaintiffs' Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a) filed prior to Defendants' answer or other responsive pleading, it is hereby ORDERED that this case is DISMISSED without prejudice.

                                              /s/ Roberts
                                        UNITED STATES DISTRICT JUDGE

Dated: 11/30/06